UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company (f/k/a Bankers Trust Company of California, N.A.), as trustee on behalf of the owners of Mortgage Pass-Through Certificates Series 2001-AM1 <br><br> Plaintiff, <br><br> vs. <br><br> Angela Merles, et al. <br><br> Defendants. | Case No. 1:05-cv-02771 <br><br> Judge Christopher A. Boyko <br><br> ORDER CANCELLING SALE PROCEEDINGS, VACATING JUDGMENT, AND DISMISSING CASE |

**CHRISTOPHER A. BOYKO, J:**

This matter is before the Court on the motion of Plaintiff for an entry cancelling sale proceedings, vacating the judgment and decree of foreclosure entered in this case under Rule 60(b)(5) and for an order dismissing this case under Rule 41(a)(2) of the Federal Rules of Procedure. The Court grants Plaintiff's motion. The Judgment and Decree of Foreclosure entered in this case is vacated and this action is dismissed without prejudice at Plaintiff's costs. The Clerk is ordered to distribute the remaining amount of Plaintiff's $1,800.00 deposit in the amount of $946.00, to Plaintiff.

IT IS SO ORDERED.

5/17/07
Date

*Christopher A. Boyko*
JUDGE CHRISTOPHER A. BOYKO
United States District Court Judge

FILED
MAY 17 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O
CLEVELAND